UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ocwen Loan Servicing, LLC, | 2:17-cv-00279-JAD-GWF |
| Plaintiff | |
| v. | **Order Directing Clerk of Court to Accept Security of Costs Under NRS 18.130** |
| SFR Investments Pool 1, LLC, et al., | [ECF No. 14] |
| Defendants | |

  SFR Investments Pool 1, LLC demanded that Plaintiff Ocwen Loan Servicing, LLC, an out-of-state resident, post a cost bond under NRS 18.130(1).[1] The statute allows a defendant in an action brought by an out-of-state plaintiff to demand that the plaintiff post a bond to secure costs up to $500.[2] Once the demand is filed and served, "all proceedings in the action shall be stayed" until the cost bond is deposited.[3] If the bond is not posted within 30 days of the demand, the defendant may move for dismissal.[4]

  Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

- SFR's Demand for Security of Costs **[ECF No. 14] is GRANTED**;
- If the plaintiff presents a cost bond for deposit, **the CLERK OF COURT is directed to accept the deposit of $500.00 under NRS 18.130** as security for costs and charges that may be awarded against this plaintiff. **Plaintiff must bring a copy of this order to the**

---

[1] ECF No. 14.

[2] Nev. Rev. Stat. § 18.130(1).

[3] *Id*.

[4] Nev. Rev. Stat. § 18.130(4).

**Clerk's office when making this deposit.**

IT IS FURTHER ORDERED that **this case is stayed under NRS 18.130(1)** until the $500 is deposited.

DATED: March 6, 2017

_____
Jennifer A. Dorsey
United States District Judge