WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff Ocwen Loan Servicing LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, GIAVANNA HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC;<br><br>Defendant. | Case No.: 2:17-cv-00279-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO LIFT STAY (FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff, Ocwen Loan Servicing, LLC (hereinafter "Ocwen"), and Defendant, SFR Investments Pool 1, LLC (hereinafter "SFR"), by and through their undersigned and respective counsel of record, that in light of the technical difficulties Counsel for Ocwen encountered October 16, 2017, through October 17, 2017, the Parties agree to extend the deadline for Ocwen to file its Reply to SFR's Opposition to Motion to Lift Stay, to **October 26, 2017.**

/././

/././

/././

/././

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED:

DATED this 19th day of October, 2017.   DATED this 19th day of October, 2017.

**WRIGHT, FINLAY & ZAK, LLP**          **KIM GILBERT EBRON**

*/s/ Lindsay D. Robbins, Esq.*          */s/ Jacqueline A. Gilbert, Esq.*
Dana Jonathon Nitz, Esq.                Diana S. Ebron, Esq.
Nevada Bar No. 0050                     Nevada Bar No. 10580
Lindsay D. Robbins, Esq.                Jacqueline A. Gilbert, Esq.
Nevada Bar No. 13474                    Nevada Bar No. 10593
7785 W. Sahara Ave., Suite 200          7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89117                 Las Vegas, Nevada 89139
Phone: (702) 475-7964                   Phone: (702) 485-3300
Fax:   (702) 946-1345                   Fax:   (702) 485-3301
*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*   *Attorneys for Defendant SFR Investments Pool 1, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated: October 20, 2017.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*