UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, GIAVANNA HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-CV-00279-JAD-EJY<br><br>**ORDER** |

Before the Court is Shane D. Cox's Motion to Withdraw as Attorney for Absolute Collection Services, LLC (ECF No. 49). Mr. Cox explains in his Motion that he has been terminated as in-house counsel for Absolute Collection Services. The sole owner of this entity supports the Motion to Withdraw with a Declaration confirming the decision to terminate Mr. Cox, supporting his withdrawal as counsel, and stating an understanding of the consequences of failing to find new counsel. However, the declaration misapprehends the status of the case. Specifically, Absolute Collection Services has answered the Complaint filed in this matter and the case is now proceeding discovery, which closes on April 27, 2020. ECF No. 46.

Accordingly, and upon a review of the record in this matter, the Court

HEREBY ORDERS that Shane D. Cox's Motion to Withdraw (ECF No. 49) is GRANTED.

IT IS FURTHER ORDERED that response dates for any discovery propounded on Absolute Collection Services, LLC that is presently pending shall be stayed for a period of twenty-one (21) days from the date of this Order (the "Stay Period") thereby providing Absolute Collection Services a fair opportunity to obtain new counsel. No new discovery directed to Absolute Collection Services shall be propounded during the Stay Period.

IT IS FURTHER ORDERED that upon expiration of the Stay Period, Absolute Collection Services shall then have 30 days to respond to any discovery that was pending at the commencement of the Stay Period.

IT IS FURTHER ORDERED that upon expiration of the Stay Period, the parties may engage in new or additional discovery directed at Absolute Collection Service.

DATED: December 17, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE