DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; GIAVANNA HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-/Cross- Claimant,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; RAPHAEL COLEMAN, JR., an individual,<br><br>Counter-/Cross- Defendants. | Case No. 2:17-cv-00279-JAD-EJY<br><br>**JUDGMENT BY DEFAULT AGAINST RAPHAEL COLEMAN, JR.**<br><br>ECF No. 61 |

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Motion for Judgment by Default against Raphael Coleman, Jr. ("Coleman" or "Cross-Defendant"). Having considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

- 1 -

1.     On March 20, 2017 SFR filed a Cross-Complaint [ECF No. 20] for quiet title and injunctive relief against Coleman, relating to real property located at **5529 Sun Prairie Street, Las Vegas, Nevada 89081; Parcel No. 123-31-112-049** ("the Property").

2.     Coleman failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Coleman on March 26, 2020.

3.     Coleman is not incompetent, an infant, or serving in the United States military.

4.     SFR submitted credible evidence in support of its motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Coleman.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Coleman, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case , and the Motion for Default Judgment **[ECF No. 61] is GRANTED**.

UNITED STATES DISTRICT COURT JUDGE
Dated: 6-3-2020

*Respectfully submitted by:*
**KIM GILBERT EBRON**
/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 11th day of May, 2020.

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 2 -