DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; GIAVANNA HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-/Cross- Claimant,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; RAPHAEL COLEMAN, JR., an individual,<br><br>Counter-/Cross- Defendants. | Case No. 2:17-cv-00279-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>ECF No. 63 |

Ocwen Loan Servicing, LLC ("Bank"), SFR Investments Pool 1, LLC ("SFR"), and Giavanna Homeowners Association (the "Association")[1] hereby stipulate and agree that all claims and counterclaims alleged against one another be dismissed with prejudice, each party to bear its

---

[1] An unopposed motion for judgment by default against Raphael Coleman, Jr. [ECF61] is pending before the Court.

- 1 -

own attorney's fees and costs.

DATED this 2nd day of June, 2020.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 2nd day of June, 2020.

**WRIGHT FINLAY ZAK LLP**

*/s/ Robert A. Riether*
ROBERT A. RIETHER, ESQ.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Ocwen Loan Servicing, LLC*

DATED this 2nd day of June, 2020.

**BOYACK ORME & ANTHONY**

*/s/ Patrick A. Orme*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
PATRICK A. ORME, ESQ.
Nevada Bar No. 7853
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
*Attorneys for Giavanna Homeowners' Association*

## ORDER

Based on the stipulation of the parties and good cause appearing:

**IT IS HEREBY ORDERED** that all claims and counterclaims between SFR, Bank and the Association are dismissed with prejudice, each party to bear its own fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

DATED this 3d day of June, 2020.

_____
DISTRICT COURT JUDGE